IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 12-cv-668 |
| JOHN DOES 1-22, | : | |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 6th   day of March, 2012, upon consideration of Plaintiff's Motion for Leave to Serve Third Party Subpoenas Prior to a Rule 26(f) Conference (ECF No. 4), it is hereby ORDERED that the Motion is GRANTED as follows:

1. Plaintiff may serve subpoenas on internet service providers Comcast Cable and Verizon Internet Services to obtain information sufficient to discover the identities of the John Doe defendants corresponding to the twenty-two IP addresses set forth in Exhibit B of Plaintiff's Motion (ECF No. 4).  See Fed. R. Civ. P. 45.  A copy of this Order must be attached to the subpoenas.

2. Information to be discovered by the subpoenas is limited to the minimum information necessary to disclose the John Doe defendants' identities such that service of a summons and complaint may be effectuated.  This information includes, inter alia, names, addresses, telephone numbers, email addresses and media access control addresses.

3.  No subpoena shall be returnable sooner than thirty (30) days from the date of service.

4.  Upon receipt of a subpoena, Comcast Cable and Verizon Internet Services shall have seven (7) days to: (i) notify each affected internet service subscriber that it intends to disclose the requested identifying information to Plaintiff, (ii) notify the subscriber of his or her right to challenge the subpoena in court, and (iii) provide each subscriber with a copy of the subpoena and this Order.

5.  The information disclosed to Plaintiff pursuant to the subpoenas shall be used solely for the purpose of protecting Plaintiff's rights as set forth in its Complaint.

BY THE COURT:

/s/ J. Curtis Joyner
———————————————
J. CURTIS JOYNER, C.J.