**BEGLEY, CARLIN & MANDIO, LLP**
By: Scott A. Petri, Esquire
Attorney I.D. 43749
680 Middletown Boulevard
Langhorne, PA 19047
215.750.0110

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Malibu Media, LLC | : | Civil Action |
|       Plaintiff | : | No.: 2:12-CV-00668 |
| | : | |
| v. | : | |
| | : | |
| John Does 1 -22, | : | |
|       Defendants | : | |

**ORDER**

AND NOW, this _____ day of _____, 2012, upon consideration of the Objections to Subpoena it is hereby ORDERED and DECREED that with respect to Andrew Ebert, III any records associated with his account with Verizon or any of his family members is hereby QUASHED.

BY THE COURT:

_____
J.

{00616042/}

**BEGLEY, CARLIN & MANDIO, LLP**
By: Scott A. Petri, Esquire
Attorney I.D. 43749
680 Middletown Boulevard
Langhorne, PA 19047
215.750.0110

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Malibu Media, LLC | : | Civil Action |
| Plaintiff | : | No.: 2:12-CV-00668 |
| | : | |
| v. | : | |
| | : | |
| John Does 1 -22, | : | |
| Defendants | : | |

## OBJECTIONS TO SUBPOENA

AND NOW come, Andrew Ebert, III and files this Objection to Subpoena issued by Verizon in the above-captioned proceeding. By and through his counsel, Begley, Carlin & Mandio, LLP and in support thereof avers the following:

1. Petitioner is Andrew Ebert, III residing at 223 Heron Place, Holland, Bucks County, Pennsylvania 18966.

2. Respondent is Plaintiff in the above-captioned matter.

3. A Subpoena has been issued to Verizon to provide certain account information with respect to various named John Doe's with named IP addresses.

4. Andrew Ebert, III does not believe that any of the IP addresses identified in the Subpoena attached hereto as **Exhibit "A"** belong to he or any of his family members and therefore objects to the issuance of any information relating to his account.

5. If the objector's information is released, he may be harmed and his privileged information may be revealed.

6. The Respondent is not entitled to any information which is unrelated to the lawsuit and the Objector's information would be irrelevant to the lawsuit, if in fact that

{00616042/}

the Subpoena does not related to his IP address.

  WHEREFORE, Objection respectfully requests this Honorable Court to quash any records associated with Objector's account with Verizon or any of his family members.

                Respectfully submitted,

                Begley, Carlin & Mandio, LLP

Date: 4-16-2012        By: _____
                Scott A. Petri, Esquire
                Attorney for Objector

{00616042/}

**BEGLEY, CARLIN & MANDIO, LLP**
By: Scott A. Petri, Esquire
Attorney I.D. 43749
680 Middletown Boulevard
Langhorne, PA 19047
215.750.0110

---

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Malibu Media, LLC | : | Civil Action |
| Plaintiff | : | No.: 2:12-CV-00668 |
| | : | |
| v. | : | |
| | : | |
| John Does 1 -22, | : | |
| Defendants | : | |

## CERTIFICATE OF SERVICE

I, Scott A. Petri, Esquire, hereby certify that he did cause a true and correct copy of the foregoing Defendant's Objections to Subpoena to be served upon the following, via first-class mail U.S. mail directed to the following:

Christopher P. Fiore, Esquire
Fiore & Barber
425 Main Street, Suite 200
Harleysville, PA 19438

Begley, Carlin & Mandio, LLP

Date: 4-16-2012        By: _____
Scott A. Petri, Esquire
*Attorney for Objector*

{00616042/}