IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | : | |
| | : | |
| *Plaintiff,* | : | Civil Action No. 2:12-cv-00668 |
| v. | : | |
| | : | |
| JOHN DOES 1—22, | : | |
| | : | |
| *Defendants.* | : | |

## DEFENDANT JOHN DOE 16'S PRAECIPE TO WITHDRAW MOTION TO QUASH SUBPOENA

Defendant John Doe 16, identified by IP address 108.2.129.250 ("Defendant"), by and through his counsel White and Williams LLP, hereby **WITHDRAWS** Defendant's Motion to Quash the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (the "Subpoena"), which was served by Plaintiff Malibu Media, LLC ("Malibu") upon Verizon Internet Services ("Verizon"), with Brief and Exhibits, which were filed on April 30, 2012 and listed as Document Number 9 on the Docket.

Respectfully submitted,

WHITE AND WILLIAMS LLP

BY: *Ashanti M. Crawford*
Ashanti M. Crawford (PA ID. No. 308897)
Michael N. Onufrak (PA ID. No. 43064 )
1650 Market Street
One Liberty Place, Suite 1800
Philadelphia, PA  19103-7395
(215) 864-7000
crawforda@whiteandwilliams.com
onufrakm@whiteandwilliams.com
*Attorneys for Defendant John Doe 16.*

Date:  May 11, 2012

9246980v.1

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of this Defendant John Doe 16's Praecipe to Withdraw Defendant's Motion to Quash Subpoena upon all other parties or their attorneys of record by way of the electronic case filing system and regular first class mail and/or electronic mail.

Christopher P. Fiore
FIORE & BARBER LLC
425 Main Street, Suite 200
Harleysville, PA  19438
*Attorney for Plaintiff Malibu Media, LLC*

Scott A. Petri
BEGLEY CARLIN & MANDIO, LLP
680 Middletown Boulevard
Langhorne, PA  19047
*Attorney for Objector Andrew Ebert III*

**WHITE AND WILLIAMS LLP**

BY: _____
Ashanti M. Crawford, Esquire

Dated:  May 11, 2012

9246980v.1